THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* YUN TIEH LI and LEW YORK HING, Appellants.

Argued May 22, 1944; decided July 19, 1944.

*Alexander I. Rorke, John Cardone, William F. McKenna* and *Joseph W. O'Donnell* for Yun Tieh Li, appellant.

*Abraham J. Gellinoff, Miles M. O'Brien, Henry Gallop* and *David Sable* for Lew York Hing, appellant.

*Frank S. Hogan, District Attorney* (*Whitman Knapp, Milton H. Spiero* and *Harold R. Shapiro* of counsel), for respondent.

Judgments of conviction affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.